UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED EMPLOYMENT ASSOCIATES,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LANDMARK CONSTRUCTION<br>COMPANY, INC., and PORT CITY<br>CONCRETE, INC.,<br>　　　　　　Defendants. | No. 5:23-cv-03668 |

**O R D E R**

AND NOW, this 21st day of June, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, *see* ECF No. 13, is **DISMISSED without prejudice.**

2. The parties shall complete limited jurisdictional discovery on the issue of Defendant Landmark's relationship with Defendant Port City for the purpose of establishing whether this Court has personal jurisdiction over both entities **by August 19, 2024**.

3. Defendants shall file an Answer to the Amended Complaint or any renewed motion to dismiss **on or before August 19, 2024**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge